173 A.3d 158

## KROPFELDER

v.

**KROPFELDER and Nolan, Plumhoff & Williams, Chtd.**

**Pet. Docket No. 267, Sept.Term, 2017**

Court of Appeals of Maryland.

November 17, 2017

Opinion of the Court of Special Appeals unreported (No. 2560, Sept.Term, 2015).

Petition for writ of certiorari denied

173 A.3d 158

## LAUREL RACING ASSOCIATION

v.

**ANNE ARUNDEL CO.**

**Pet. Docket No. 274, Sept.Term, 2017**

Court of Appeals of Maryland.

November 17, 2017

Reported below: 233 Md.App. 311, 165 A.3d 525.

Petition for writ of certiorari denied